COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00095-CV 

 


 
 
 Debra Lutz and Bruce Lutz
 
 
  
 
 
 APPELLANTS
  
 
 
 
 
 V.
  
 
 
 
 
 Litton Loan Servicing, LP as
 Servicing Agent for Residential Funding Company, LLC, formerly known as
 Residential Funding Corporation
 
 
  
 
 
 APPELLEE 
 
 


------------

 

FROM THE
17th District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1]
AND JUDGMENT

----------

We
have considered “Appellants' Motion To Dismiss.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App.
P. 43.4.

PER CURIAM

 

 

PANEL: 
LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.  

 

DELIVERED:  August 5, 2010











[1]See Tex. R. App. P. 47.4.